# OPINIONES PER CURIAM, ETC., RESUELTAS DESDE JUNIO 17 A DICIEMBRE, 1905.

No. 51. GORBEA *v.* PÉREZ. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se ordene á la Corte de Distrito remita ciertos planos presentados como prueba ante la misma en el juicio de esta causa. Resuelto en junio 21, 1905. Con lugar la moción. Abogado del promovente: *Sr. Cuevillas.* Abogado de la parte contraria: *Sr. Texidor.*

No. 80. MORAZZANI *v.* DOMÍNGUEZ. Apelación procedente de la Corte de Distrito de Guayama. Resuelto en octubre 2, 1905. Desistido á instancia de la parte apelante. Abogados del apelante: *Sres. Acuña y Méndez.*

No. 77. CALOCA *v.* VILASECA ET AL. Apelación procedente de la Corte de Distrito de San Juan. Moción solicitando se agreguen á los autos determinados documentos omitidos por la parte apelante. Resuelto en octubre 3, 1905. Con lugar la moción. Abogados del promovente: *Sres. Díaz y Texidor.* Abogado de la parte contraria: *Sr. José Guzmán Benítez.*

No. 4. FREYTES *v.* FRANCO ET AL. Apelación procedente de la Corte de Distrito de Arecibo. Resuelto en octubre 3, 1005. Desestimada la apelación por no haberla sostenido en forma la parte apelante. Abogado del apelante: *Sr. Ramos.*

No. 97. NEGRONI *v.* MARIANI. Apelación procedente de la Corte de Distrito de Ponce. Resuelto en octubre 3, 1905. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento. Abogado del promovente: *Sr. Massari.* Abogado de la parte contraria: *Sr. Acosta.*

No. 98. SUCESIÓN IGLESIAS *v.* BOLÍVAR. Apelación procedente de la Corte de Distrito de San Juan. Resuelto en octubre 3, 1905. Desistido á instancia de la parte apelante. Abogados del apelante: *Sres. La Costa y Texidor.*

No. 31. EL PUEBLO *v.* HERNÁNDEZ. Apelación procedente de la Corte de Distrito de Ponce. Resuelto en octubre 9, 1905. Desestimada la apelación, á moción del Fiscal, por no estar debidamente